UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:01-cr-00156-JMS-TAB-1 |
| | ) | | 1:02-cr-00014-JMS-MJD-2 |
| DANIEL PAUL SCHOONOVER, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## REPORT AND RECOMMENDATION

On August 11, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on June 10, 2025. Defendant Schoonover appeared in person with his appointed counsel Gwendolyn Beitz. The government appeared by Nate Walter, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Chad Ulmer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Schoonover of his rights and provided him with a copy of the petition. Defendant Schoonover orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Schoonover admitted violation number 1. [Docket No. 91 – 1:01-cr-156-JMS-TAB-1; Docket No. 82 – 1:02-cr-14-JMS-MJD-2.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation**
**Number**   **Nature of Noncompliance**

1   **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**

On May 12, 2025, Mr. Schoonover submitted a urine sample which tested positive for amphetamines. Due to his denial of the substance, the sample was sent to Alere Laboratory for additional testing, and was confirmed positive for methamphetamine.
As previously reported to the Court, Mr. Schoonover has tested positive for illegal drugs four times. On April 30, 2024, he submitted a urine drug screen which tested positive for cannabinoids. On March 6, 2025, he submitted a urine drug screen which tested positive for cannabinoids and amphetamines. On April 22, 2025, he submitted a urine drug screen which tested positive for amphetamines. On April 30, 3035, he submitted a urine drug screen which tested positive for amphetamines and opiates.

4.  The parties stipulated that:

    (a)   The highest grade of violation is a Grade B violation.

    (b)   Defendant's criminal history category is IV.

    (c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 12 to 18 months' imprisonment.

5.  The parties jointly recommended a sentence of 12 months and 1 day. Defendant requested placement at FMC, Lexington, Kentucky.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FMC, Lexington, Kentucky. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/12/2025

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system