UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:01-cr-00156-JMS-TAB-01 |
| ) | 1:02-cr-00014-JMS-MJD-02 |
| DANIEL PAUL SCHOONOVER, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendations dkt. [101] in case 1:01-cr-00156-JMS-TAB-01 and dkt. [91] in case 1:02-cr-00014-JMS-MJD-02 recommending that Daniel Paul Schoonover's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendations, dkt. [101] in case 1:01-cr-00156-JMS-TAB-01 and dkt. [91] in case 1:02-cr-00014-JMS-MJD-02. The Court finds that Mr. Schoonover committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt. [91] in case 1:01-cr-00156-JMS-TAB-01 and dkt. [82] in case 1:02-cr-00014-JMS-MJD-02. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Schoonover is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (01) day with no supervised release to follow. The Court recommends placement at FMC Lexington, Kentucky.

Date: 8/18/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system